**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00608-CV

---

### IN RE LEO HUBBARD AND CRETE CARRIER CORPORATION, Relators

---

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00974**

---

## ORDER
Before Justices Bridges, Lang-Miers, and Myers

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally granted. The Court **ORDERS** the trial judge, the Honorable Martin Lowy, Judge of the 101st District Court to **VACATE** his April 29, 2014 "Order Denying Defendants' Motion to Transfer Venue" and to **ENTER** an order transferring this cause from Dallas County, Texas to Denton County, Texas in accordance with Texas Rule of Civil Procedure 89. Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file within this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order. We **ORDER** that relators recover their costs of this original proceeding from the real parties in interest Greg and Christine White.

/s/     LANA MYERS
          JUSTICE